

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ZYRION FRYER,<br>JARECO GREEN,<br>DARIUS MCCALL, &<br>SHAMONICA DAVIS<br><br>Defendants. | CASE NO. 4:25-CR- 2-CDL-AGH<br><br>VIOLATIONS:<br><br>18 U.S.C. §§ 933(a)(1), (3)<br>18 U.S.C. § 933(b)<br>18 U.S.C. § 922(u)<br>18 U.S.C. § 924(i)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(j)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 2312<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Firearms Trafficking Conspiracy)

On or about September 15, 2022, and continuing until on or about September 21, 2022, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

ZYRION FRYER,
JARECO GREEN,
DARIUS MCCALL, and
SHAMONICA DAVIS,

defendants herein, did unlawfully and knowingly conspire, and did attempt to conspire, by agreeing with each other and with other persons, both known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of one or more of the following firearms to another person:

|     | Manufacturer      | Model             | Type    | Serial Number |
| --- | ----------------- | ----------------- | ------- | ------------- |
| 1.  | Beretta           | 21A               | Pistol  | DAA625813     |
| 2.  | Walther           | PDP Compact       | Pistol  | FD03776       |
| 3.  | Walther           | CCP               | Pistol  | WM021955      |
| 4.  | Walther           | PPK/S             | Pistol  | WF069836      |
| 5.  | Century Arms      | BFT47             | Rifle   | BFT47012594   |
| 6.  | GSG               | GSG-16            | Rifle   | A943789       |
| 7.  | Hudson Mfg.       | H9                | Pistol  | H02792        |
| 8.  | Hunt Group        | FD12              | Shotgun | 21-BLP-51395  |
| 9.  | Hunt Group        | FD12              | Shotgun | 20-BLP-15098  |
| 10. | Kel Tec           | KS7               | Shotgun | QGK84         |
| 11. | Kimber            | Micro 380 LG      | Pistol  | T0052920      |
| 12. | PTR Industries    | 9R                | Rifle   | 9MR001013     |
| 13. | Romarm/Cugir      | Mini Draco        | Pistol  | 22PG-2423     |
| 14. | Ruger             | LCP Max           | Pistol  | 381363546     |
| 15. | Ruger             | LCP II            | Pistol  | 381062455     |
| 16. | SCCY              | CPX-2             | Pistol  | C412587       |
| 17. | SCCY              | CPX-1             | Pistol  | C347521       |
| 18. | Shadow Systems    | DR920 Combat      | Pistol  | SSX019241     |
| 19. | Shadow Systems    | MR920             | Pistol  | SSC010473     |
| 20. | Sig Sauer         | P320X Carry       | Pistol  | 58K060173     |
| 21. | Sig Sauer         | P365              | Pistol  | 66F093070     |
| 22. | Sig Sauer         | P365SAS           | Pistol  | 66B926895     |
| 23. | Sig Sauer         | MCX Rattler       | Pistol  | 63C046540     |
| 24. | Sig Sauer         | P365              | Pistol  | 66F097898     |
| 25. | Smith and Wesson  | M&P9 Shield EZ    | Pistol  | RHC6799       |
| 26. | Smith and Wesson  | Bodyguard         | Pistol  | KJC9685       |
| 27. | Smith and Wesson  | M&P 380 Shield EZ | Pistol  | RHA1090       |
| 28. | Smith and Wesson  | M&P 380 Shield EZ | Pistol  | REL1253       |

|     |             |              |        |           |
| --- | ----------- | ------------ | ------ | --------- |
| 29. | Springfield | Hellcat      | Pistol | BA650472  |
| 30. | Springfield | Saint Victor | Rifle  | 499880    |
| 31. | Stag Arms   | Stag-10      | Rifle  | Y-0007678 |

in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by that person would constitute a felony as defined in Title 18, United States Code, Section 932(a); all in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT TWO
### (Theft of a Firearm from a Federal Firearms Licensee)

On or about September 16, 2022, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ZYRION FRYER,**
**JARECO GREEN, and**
**DARIUS MCCALL,**

defendants herein, aided and abetted by each other, and by others, both known and unknown to the Grand Jury, did knowingly steal, take, and carry away from the premises of a business licensed to engage in the business of importing and dealing in firearms, that is, Alan's Armory, located at 4185 U.S. Highway 27, Cataula, Georgia, one or more of the following firearms from the licensee's business inventory that had previously been shipped and transported in interstate and foreign commerce:

|    | **Manufacturer** | **Model**   | **Type** | **Serial Number** |
| -- | ---------------- | ----------- | -------- | ----------------- |
| 1. | Beretta          | 21A         | Pistol   | DAA625813         |
| 2. | Walther          | PDP Compact | Pistol   | FD03776           |

3

| 3.  | Walther          | CCP              | Pistol  | WM021955      |
|-----|------------------|------------------|---------|---------------|
| 4.  | Walther          | PPK/S            | Pistol  | WF069836      |
| 5.  | Century Arms     | BFT47            | Rifle   | BFT47012594   |
| 6.  | GSG              | GSG-16           | Rifle   | A943789       |
| 7.  | Hudson Mfg.      | H9               | Pistol  | H02792        |
| 8.  | Hunt Group       | FD12             | Shotgun | 21-BLP-51395  |
| 9.  | Hunt Group       | FD12             | Shotgun | 20-BLP-15098  |
| 10. | Kel Tec          | KS7              | Shotgun | QGK84         |
| 11. | Kimber           | Micro 380 LG     | Pistol  | T0052920      |
| 12. | PTR Industries   | 9R               | Rifle   | 9MR001013     |
| 13. | Romarm/Cugir     | Mini Draco       | Pistol  | 22PG-2423     |
| 14. | Ruger            | LCP Max          | Pistol  | 381363546     |
| 15. | Ruger            | LCP II           | Pistol  | 381062455     |
| 16. | SCCY             | CPX-2            | Pistol  | C412587       |
| 17. | SCCY             | CPX-1            | Pistol  | C347521       |
| 18. | Shadow Systems   | DR920 Combat     | Pistol  | SSX019241     |
| 19. | Shadow Systems   | MR920            | Pistol  | SSC010473     |
| 20. | Sig Sauer        | P320X Carry      | Pistol  | 58K060173     |
| 21. | Sig Sauer        | P365             | Pistol  | 66F093070     |
| 22. | Sig Sauer        | P365SAS          | Pistol  | 66B926895     |
| 23. | Sig Sauer        | MCX Rattler      | Pistol  | 63C046540     |
| 24. | Sig Sauer        | P365             | Pistol  | 66F097898     |
| 25. | Smith and Wesson | M&P9 Shield EZ   | Pistol  | RHC6799       |
| 26. | Smith and Wesson | Bodyguard        | Pistol  | KJC9685       |
| 27. | Smith and Wesson | M&P 380 Shield EZ| Pistol  | RHA1090       |
| 28. | Smith and Wesson | M&P 380 Shield EZ| Pistol  | REL1253       |
| 29. | Springfield      | Hellcat          | Pistol  | BA650472      |
| 30. | Springfield      | Saint Victor     | Rifle   | 499880        |
| 31. | Stag Arms        | Stag-10          | Rifle   | Y-0007678     |

All in violation of Title 18, United States Code, Sections 922(u), 924(i), and 2.

4

## COUNT THREE
### (Possession of a Stolen Firearm)

On or about September 16, 2022, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ZYRION FRYER,**
**JARECO GREEN, and**
**DARIUS MCCALL,**

Defendants herein, aided and abetted by each other, and by others, both known and unknown to the Grand Jury, did knowingly receive, possess, conceal, store, and dispose of a stolen firearm, to wit: one or more of the following firearms:

|     | Manufacturer    | Model         | Type    | Serial Number |
|-----|-----------------|---------------|---------|---------------|
| 1.  | Beretta         | 21A           | Pistol  | DAA625813     |
| 2.  | Walther         | PDP Compact   | Pistol  | FD03776       |
| 3.  | Walther         | CCP           | Pistol  | WM021955      |
| 4.  | Walther         | PPK/S         | Pistol  | WF069836      |
| 5.  | Century Arms    | BFT47         | Rifle   | BFT47012594   |
| 6.  | GSG             | GSG-16        | Rifle   | A943789       |
| 7.  | Hudson Mfg.     | H9            | Pistol  | H02792        |
| 8.  | Hunt Group      | FD12          | Shotgun | 21-BLP-51395  |
| 9.  | Hunt Group      | FD12          | Shotgun | 20-BLP-15098  |
| 10. | Kel Tec         | KS7           | Shotgun | QGK84         |
| 11. | Kimber          | Micro 380 LG  | Pistol  | T0052920      |
| 12. | PTR Industries  | 9R            | Rifle   | 9MR001013     |
| 13. | Romarm/Cugir    | Mini Draco    | Pistol  | 22PG-2423     |
| 14. | Ruger           | LCP Max       | Pistol  | 381363546     |
| 15. | Ruger           | LCP II        | Pistol  | 381062455     |
| 16. | SCCY            | CPX-2         | Pistol  | C412587       |
| 17. | SCCY            | CPX-1         | Pistol  | C347521       |
| 18. | Shadow Systems  | DR920 Combat  | Pistol  | SSX019241     |
| 19. | Shadow Systems  | MR920         | Pistol  | SSC010473     |
| 20. | Sig Sauer       | P320X Carry   | Pistol  | 58K060173     |

| 21. | Sig Sauer | P365 | Pistol | 66F093070 |
|---|---|---|---|---|
| 22. | Sig Sauer | P365SAS | Pistol | 66B926895 |
| 23. | Sig Sauer | MCX Rattler | Pistol | 63C046540 |
| 24. | Sig Sauer | P365 | Pistol | 66F097898 |
| 25. | Smith and Wesson | M&P9 Shield EZ | Pistol | RHC6799 |
| 26. | Smith and Wesson | Bodyguard | Pistol | KJC9685 |
| 27. | Smith and Wesson | M&P 380 Shield EZ | Pistol | RHA1090 |
| 28. | Smith and Wesson | M&P 380 Shield EZ | Pistol | REL1253 |
| 29. | Springfield | Hellcat | Pistol | BA650472 |
| 30. | Springfield | Saint Victor | Rifle | 499880 |
| 31. | Stag Arms | Stag-10 | Rifle | Y-0007678 |

which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen; all in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## COUNT FOUR
### Interstate Transportation of a Stolen Vehicle

On or about September 16, 2022, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

> ZYRION FRYER,
> JARECO GREEN, and
> DARIUS MCCALL,

defendants herein, aided and abetted by one another and others known and unknown to the grand jury, did unlawfully transport in interstate commerce a motor vehicle, that is, one 2015 Ford F-150 truck, from the state of Alabama to the state of Georgia, knowing said truck to be stolen; all in violation of Title 18, United States Code, Sections 2312 & 2.

## COUNT FIVE
### (Possession of a Firearm by a Convicted Felon)

On or about September 16, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JARECO GREEN,**

defendant herein, aided and abetted by others known to the Grand Jury, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following firearms:

|     | Manufacturer     | Model         | Type    | Serial Number |
|-----|------------------|---------------|---------|---------------|
| 1.  | Beretta          | 21A           | Pistol  | DAA625813     |
| 2.  | Walther          | PDP Compact   | Pistol  | FD03776       |
| 3.  | Walther          | CCP           | Pistol  | WM021955      |
| 4.  | Walther          | PPK/S         | Pistol  | WF069836      |
| 5.  | Century Arms     | BFT47         | Rifle   | BFT47012594   |
| 6.  | GSG              | GSG-16        | Rifle   | A943789       |
| 7.  | Hudson Mfg.      | H9            | Pistol  | H02792        |
| 8.  | Hunt Group       | FD12          | Shotgun | 21-BLP-51395  |
| 9.  | Hunt Group       | FD12          | Shotgun | 20-BLP-15098  |
| 10. | Kel Tec          | KS7           | Shotgun | QGK84         |
| 11. | Kimber           | Micro 380 LG  | Pistol  | T0052920      |
| 12. | PTR Industries   | 9R            | Rifle   | 9MR001013     |
| 13. | Romarm/Cugir     | Mini Draco    | Pistol  | 22PG-2423     |
| 14. | Ruger            | LCP Max       | Pistol  | 381363546     |
| 15. | Ruger            | LCP II        | Pistol  | 381062455     |
| 16. | SCCY             | CPX-2         | Pistol  | C412587       |
| 17. | SCCY             | CPX-1         | Pistol  | C347521       |
| 18. | Shadow Systems   | DR920 Combat  | Pistol  | SSX019241     |
| 19. | Shadow Systems   | MR920         | Pistol  | SSC010473     |
| 20. | Sig Sauer        | P320X Carry   | Pistol  | 58K060173     |
| 21. | Sig Sauer        | P365          | Pistol  | 66F093070     |
| 22. | Sig Sauer        | P365SAS       | Pistol  | 66B926895     |

| | | | | |
|---|---|---|---|---|
| 23. | Sig Sauer | MCX Rattler | Pistol | 63C046540 |
| 24. | Sig Sauer | P365 | Pistol | 66F097898 |
| 25. | Smith and Wesson | M&P9 Shield EZ | Pistol | RHC6799 |
| 26. | Smith and Wesson | Bodyguard | Pistol | KJC9685 |
| 27. | Smith and Wesson | M&P 380 Shield EZ | Pistol | RHA1090 |
| 28. | Smith and Wesson | M&P 380 Shield EZ | Pistol | REL1253 |
| 29. | Springfield | Hellcat | Pistol | BA650472 |
| 30. | Springfield | Saint Victor | Rifle | 499880 |
| 31. | Stag Arms | Stag-10 | Rifle | Y-0007678 |

which had been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

A TRUE BILL.

s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___14___ day of
___Jan___ A.D. 20_25_.

_____
Deputy Clerk